## AFFIDAVIT IN SUPPORT
## OF CRIMINAL COMPLAINT

I, Jonathan Scheibler, depose and make this affidavit in support of a complaint for violations of Title 21, United States Code, Section 952, and Title 8, United States Code, Section 1325 by NATHAN PAUL CURRAN-MCQUADE. I am a Border Patrol Agent with the United States Border Patrol. I am stationed at the Van Buren Border Patrol Station in Van Buren, Maine. Previously, I was a Border Patrol Agent stationed at the Eagle Pass North Station in Eagle Pass, Texas. I have been an employee of the United States Border Patrol since May 24, 2007. I successfully graduated from the Border Patrol Academy in Artesia, New Mexico in September 2007. I base this affidavit on my own investigation as well as discussions with other agents and/or reading of investigative reports and other materials.

1. On September 30, 2024, at approximately 7:37 a.m., the U.S. Border Patrol (USBP) Houlton Sector Communications notified the Van Buren Border Patrol station and agents that there was an individual who was traveling on an all-terrain vehicle (ATV) on the international boundary between the United States and Canada. About a minute later, Houlton Sector Communications advised that the ATV was traveling towards Route 1A in Caswell, Maine.

2. Around that time, I was parked off of Route 1A in Caswell, Maine, near the southern part of Caswell. In response to the above information, I traveled North on Route 1A towards an ATV trail that the individual was reported to be traveling on. I am aware that the ATV trail leads from the United States-Canadian international boundary to Parent's Store in Caswell, Maine. In my training and

1

experience, this ATV trail has been used in the past by individuals to illegally cross into the United States from Canada.

3. At approximately 7:43 a.m., I made contact with an individual who was driving an ATV with a small a trailer on the ATV trail that leads from the U.S.-Canadian international border. The individual said he had just come from Grand Falls in Canada, and he was wearing a black backpack at the time. This individual was later identified as Nathan Paul CURRAN-MCQUADE, and he admitted that this was his name when asked. A New Brunswick, Canada, identification card in the name of Nathan Paul CURRAN-MCQUADE was found with CURRAN-MCQUADE, who is a resident of Grand Falls, New Brunswick, Canada.

4. I detained CURRAN-MCQUADE and performed a pat-down search of his person prior to transport. When I searched him, I found approximately 18.9 grams (gross weight) of suspected methamphetamine on his person in his pants pocket, as well as 32.6 grams of suspected resin (THC), 1.2 grams of suspected shatter (THC), and loose marijuana on his person.

5. I then transported CURRAN-MCQUADE to the Van Buren Border Patrol Station for processing and further investigation.

6. At the station, I also found marijuana inside a mason jar in CURRAN-MCQUADE's backpack. This marijuana, in addition to the loose marijuana on his person, had a combined weight of 313.4 grams (gross weight).

7. At the Van Buren station, the suspected methamphetamine was tested and field-tested positive for methamphetamine.

8. During a subsequent interview at the Van Buren Border Patrol station, CURRAN-MCQUADE admitted that he was travelling to Parent's Store in Caswell, Maine,

to get gasoline. CURRAN-MCQUADE said he was going to check out Parent's Store that is near the border, and he said along the lines of: "that's where I went, uh, and I should know because I'm not allowed in, cause I, got uh, I'm not supposed to be in the States, I guess." CURRAN-MCQUADE admitted that he lives in Grand Falls, New Brunswick in Canada with his grandmother. He also admitted to knowing that the store he was heading to was in the United States.

9. During the interview, CURRAN-MCQUADE said that the ATV, trailer, and everything on it was his. CURRAN-MCQUADE admitted that he had marijuana in a mason jar in his backpack and that it was "meth" that I found in his pocket. CURRAN-MCQUADE said everything found on him was for personal use and he had the meth, shatter, and mason jar of marijuana with him because he was afraid someone would steal it from his house.

10. Subsequent checks show that CURRAN-MCQUADE is a citizen and national of Canada and he did not have legal status to be in the United States. The investigation shows that CURRAN-MCQUADE crossed into the United States from the country of Canada. He was not inspected or admitted by an immigration officer at a designated Port of Entry.

11. In sum, CURRAN-MCQUADE is a Canadian citizen and was apprehended on the United States side of the United States-Canadian border. He lacked proper documentation to enter, pass through, or remain in the United States. Further, CURRAN-MCQUADE admitted crossing into the United States from Canada with a controlled substance that he claimed was for personal use, namely, 18.9 grams (gross weight) of methamphetamine.

12. CURRAN-MCQUADE was not found to have a prior criminal history in the United States.

13. CURRAN-MCQUADE was advised of his right to speak with a consular officer from the Canadian Consulate but he declined the offer.

Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the above defendant, CURRAN-MCQUADE, has violated Title 21, United States Code, Section 952, and Title 8, United States Code, Section 1325.

I, Jonathan Scheibler, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine, this 1st day of October 2024.

Jonathan Scheibler,
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Oct 01 2024

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title